# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

STEVEN SOBIENIAK and
VICTORIA MCKINNEY,

      Appellants,

      v.

BAC HOME LOANS SERVICING, LP,
ET AL.,

      Appellees.

Case No. 12-1053

**MOTION OF AMICUS CURIAE CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW APPEARANCE OF COUNSEL**

---

The Consumer Financial Protection Bureau respectfully requests that this Court withdraw the appearance of Peter G. Wilson as counsel for the Bureau in this matter. Mr. Wilson has left the Bureau for a job in the private sector. Mr. Wilson is not the sole counsel of record in this matter, and thus his withdrawal will not require substitution of another attorney.

Date: March 26, 2013

Respectfully submitted,

s/ David M. Gossett
DAVID M. GOSSETT
Assistant General Counsel

RACHEL RODMAN
Senior Counsel

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20006
202.435.7237 (telephone)
202.435.7329 (facsimile)
David.Gossett@cfpb.gov

*Counsel for the Consumer Financial Protection Bureau*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2013, I served the foregoing motion via ECF on the following counsel:

Jeramie Steinert
Suite 4100
Multifoods Tower
33 S. Sixth Street
Minneapolis, MN 55402

Jeffrey Vesel
920 Sunrise Avenue
Stillwater, MN 55082

*Counsel for Appellants*

Andrew B. Messite
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

Andre Hanson
FULBRIGHT & JAWORSKI LLP
2100 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402-2112

Aaron D. Van Oort
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

*Counsel for Appellees*

s/ David M. Gossett
David M. Gossett
